**Jake HENDERSON, Petitioner—Appellant,**

v.

**Derral G. ADAMS, et al., Respondents—Appellees.**

No. 08–56302.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 28, 2010.

Arza Feldman, Feldman & Feldman, Uniondale, NY, for Petitioner–Appellant.

Jake Henderson, Corcoran, CA, pro se.

Daniel Rogers, AGCA–Office of the California Attorney General, San Diego, CA, for Respondents–Appellees.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Jake Henderson appeals from the district court's order denying his Federal Rule of Civil Procedure 59 motion for reconsideration challenging the dismissal of his 28 U.S.C. § 2254 petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Henderson contends that the district abused its discretion by denying his motion, which we construe as a motion for relief from final judgment based on Federal Rule of Civil Procedure 60(b). *See Straw v. Bowen,* 866 F.2d 1167, 1171–72 (9th Cir.1989). The district court did not abuse its discretion when it denied Henderson's motion because his almost two-year delay before filing the motion was not reasonable. *See* Fed.R.Civ.P. 60(c) ("A motion under Rule 60(b) must be made within a reasonable time....."); *In re Hammer,* 940 F.2d 524, 526 (9th Cir. 1991) (holding that it was not an abuse of discretion to find an unexcused two-year delay unreasonable).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

